UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20919-CIV-GRAHAM
(94-00131-CR-GRAHAM)

JAIRO A. ARANA MARIA,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to Title 28 U.S.C. § 2255 attacking his sentence entered in case no. 94-00131-Cr-Graham. [D.E. 4].

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises.

**THIS MATTER** was initiated when <u>pro se</u> movant Jairo A. Arana Maria filed a motion to vacate his sentence. [D.E.1]. The matter was assigned to the Honorable United States Magistrate Judge Jonathan Goodman. [D.E. 7]. The Magistrate Judge issued the instant Report [D.E. 37] recommending that: 1) movant's motion to vacate be granted as to ground one; 2) movant's sentence be vacated; 3) the Court reimpose an identical sentence in order to allow Arana a chance to file the timely appeal that he was denied as a result of his counsel's ineffective assistance; and 4) re-advise Arana of his

appellate rights. The government filed timely objections to the Magistrate Judge's Report [D.E. 38] and the movant filed a timely Response to the same [D.E. 39].

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises.

Although the government filed Objections to the Magistrate Judge's Report, the Court finds that the government's Objections lack merit. Specifically, the Court is not persuaded by the government's reliance upon <u>United States v. Johnson</u>, 2006 WL 839077 (11th Cir. Mar. 31, 2006) for the proposition that the movant's filing of a motion for reconsideration tolled the time for filing an appeal and that a reasonable attorney would have relied on this unpublished opinion to do the same. Unlike <u>Johnson</u>, the record in this case clearly establishes that the movant's motion was construed as a motion to correct sentence pursuant to Fed.R.Crim.P. 35 rather than a motion for reconsideration. Moreover, there is no evidence that the movant's counsel at the time relied upon <u>Johnson</u> in advising the movant not to file an appeal pending the resolution of his motion. The Court concludes that the movant's motion to vacate, set aside, or correct sentence pursuant to Title 28 U.S.C. § 2255 [D.E. 1] is granted for the reasons specified in the Magistrate Judge's Report. Accordingly, it is

2

**ORDERED AND ADJUDGED** that United States Magistrate Judge Goodman's Report is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety [D.E. 37]. It is further

**ORDERED AND ADJUDGED** that movant Jairo A. Arana Maria's motion to vacate pursuant to Title 28 U.S.C. § 2255 [D.E. 1] is **GRANTED** as to **GROUND ONE**. Arana's sentence is hereby **VACATED** to be **REIMPOSED BY SEPARATE ORDER**. It is further

**ORDERED AND ADJUDGED** that any remaining claims are **DISMISSED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of September, 2012.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Jonathan Goodman
All Counsel of Record